MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Michael.Edwards@fmglaw.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIDAL ELBARIDI, M.D., individually, as trustee of the Nidal Elbaridi Living Trust, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KALICKI COLLIER, PLLC, a Nevada professional limited-liability company; KALICKI COLLIER, LLP; JOHN A. COLLIER, an individual; HAL G. BROWN, an individual; LOGAN D. VANDERGRIFF, an individual; ALEX SONKIN, an individual; VFO HUB, LLC, a Nevada limited-liability company; PLURIS VALUATION ADVISORS LLC, a limited liability company; DOES 1 through 30; and ROE ENTITIES 1 through 20,<br><br>Defendants. | Case No.: 3:26-cv-00764-ART-CSD<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND** |

Plaintiff Nidal Elbaridi, M.D. and Defendants Kalicki Collier, PLLC, Kalicki Collier LLP, John A. Collier, Hal G. Brown, Logan D. Vandergriff, Alex Sonkin, VFO Hub, LLC, and Pluris Valuation Advisors LLC stipulate as follows:

1. On October 2, 2026, Plaintiff commenced this civil action and filed his Class Action Complaint. (ECF 1).

2. On October 26, 2026, Plaintiff filed a Declaration of Service showing service of summons on Defendants on October 23, 2026. (ECF 9). The delay for Defendants' response expires on November 13, 2026.

3. This is the first stipulation for extension of time for Defendants to respond to the Complaint.

4. Undersigned counsel was engaged in this matter on November 11, 2026. Defendants will require additional time to prepare a response to the Complaint. Plaintiff does not take a position on this representation.

5. Defendants conferred with counsel for Plaintiff on November 11, 2026. Plaintiff agreed to an extension of Defendants' response deadline by 21 days.

6. Defendants planned to file this stipulation on November 12, 2026 but were unable to confirm the stipulation with Plaintiff because of the Outlook email outage. Defendants request that the Court accept the Outlook email outage as good cause for the delay in filing this stipulation. Plaintiff does not take a position on this representation.

The Parties agree to the extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint, including the right to raise any defenses under Rule 12, so that Defendant must answer or otherwise respond to the Complaint on or before December 4, 2026.

DATED this 13th day of November, 2026

**FREEMAN MATHIS & GARY, LLP**

*<u>/s/ Michael M. Edwards</u>*
Michael M. Edwards, Esq.
Nevada Bar No. 6281
770 E. Warm Springs Road, Suite 360
Las Vegas, NV 89119
*Attorney for Defendants*

DATED this 13th day of November, 2026

**LOFTUS & EISENBERG, LTD.**

*<u>/s/ Alexander N. Loftus</u>*
Alexander N. Loftus, Esq.
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602

John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED**: November 13, 2026

*Respectfully Submitted by:*

**FREEMAN MATHIS & GARY, LLP**

*/s/ Michael M. Edwards*
Michael M. Edwards, Esq.
Nevada Bar No. 6281
770 E. Warm Springs Road, Suite 360
Las Vegas, NV 89119
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify I am employed by Freeman Mathis & Gary, LLP, 770 E. Warm Springs Rd., Ste. 360, Las Vegas, Nevada 89119. I am readily familiar with Freeman Mathis & Gary, LLP's practice for collection and processing of documents for delivery by way of the service indicated below.

On this 13th day of November 2026, I served the **STIPULATION OF EXTENSION OF TIME TO RESPOND** on the interested party(ies) in this action as follows:

| | |
|---|---|
| John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>**ALDRICH LAW FIRM, LTD.**<br>7866 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>jaldrich@johnaldrichlawfirm.com<br>*Attorneys for Plaintiff* | Alexander N. Loftus, Esq.<br>**LOFTUS & EISENBERG, LTD.**<br>181 W. Madison Street, Suite 4700<br>Chicago, Illinois 60602<br>alex@loftusandeisenberg.com<br>*Attorneys for Plaintiff* |

[ ] Hand Delivery
[ ] FACSIMILE TRANSMISSION
[ ] U.S. MAIL, POSTAGE PREPAID
[X] CM/ECF E-Filing Service System
[ ] Electronic Mail

*I declare under penalty of perjury under the laws of the States of Nevada that the foregoing is true and correct.*

*/s/ Crystal Williams*
An Employee of FREEMAN MATHIS & GARY, LLP

**Cry**

**Fro**
**Sen**
**To:**
**Cc:**
**Sub** o Respond

**Jus**
Part
**Free**
**1600**
**5 Pe**
**Tel:**
Email
www

Pleas

**Fro**
**Sen**
**To:**
**Cc:**
**Subj**

Ver

Get

---

**From:** Justin Boron <JBoron@fmglaw.com>
**Sent:** Friday, November 13, 2026 7:27 AM
**To:** Alexander Loftus <alex@loftusandeisenberg.com>; jaldrich <jaldrich@johnaldrichlawfirm.com>
**Cc:** Michael Edwards <Michael.Edwards@fmglaw.com>
**Subject:** Re: Elbaridi v. Kalicki Collier (26-cv-00764) - Request for Extension of Time to Respond

Alex,

Thank you for your courtesy. Attached is a draft of the stipulation we have prepared. I was unable to send it yesterday due to the Outlook email outage.

Please let us know if you agree or have any changes and if we can file it under your or your co-counsel's signature.

Als I receive
it.

**Jus**
Part
**Free**
**1600**
**5 Pe**
**Tel:**
Email
www

Pleas

---

**Fro**
**Sen**
**To:**
**Cc:**
**Subj**

Jus

Tha

Ca if it is
ero

Tha

Ale

Get

---

**From:** Justin Boron <JBoron@fmglaw.com>
**Sent:** Wednesday, 11 November 2026 13:45:07
**To:** jaldrich <jaldrich@johnaldrichlawfirm.com>; Alexander Loftus <alex@loftusandeisenberg.com>
**Cc:** Michael Edwards <Michael.Edwards@fmglaw.com>
**Subject:** Elbaridi v. Kalicki Collier (26-cv-00764) - Request for Extension of Time to Respond

John and Alex,

I am writing to request a 21-day extension of time to for Defendants to respond to the Complaint in this matter. We show the response deadline to be 11/13. So the extension would change the deadline to December 4.

I will be working with my law partner Michael Edwards in this matter. We were retained today to request the extension. We would appreciate the courtesy.

If you agree, we will prepare the necessary stipulation.

**Justin Boron**
Partner
**Freeman Mathis & Gary, LLP**
**1600 Market St | Suite 2700 | Philadelphia, PA 19103-7401**
**5 Penn Plaza | 23rd Floor | New York, NY 10001-1810**
**Tel: 215-789-4919 | Cell: 706-247-6369 | Book a Meeting**
Email: JBoron@fmglaw.com
www.fmglaw.com | Bio | See Where We Are

Please read this important notice and confidentiality statement